**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Jose ARREOLA–SALAZAR,**
**Defendant—Appellant.**

**No. 02–10358.**
**D.C. No. CR–01–00098–LRH–PAL.**

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 11, 2003.*

Decided Aug. 20, 2003.

Before SCHROEDER, Chief Judge, and HAWKINS and TASHIMA, Circuit Judges.

MEMORANDUM**

Jose Arreola–Salazar appeals the sentence imposed following his guilty plea to unlawful reentry after deportation in violation of 8 U.S.C. § 1326(a). Arreola–Sala-

zar concedes that Ninth Circuit precedent forecloses his argument that imposition of a sentence longer than 8 U.S.C. § 1326(a)'s two-year statutory maximum based on a prior conviction neither alleged in the indictment nor admitted during the plea canvass violates due process under *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). *United States v. Arellano–Rivera,* 244 F.3d 1119, 1126–27 (9th Cir.2001); *United States v. Pacheco–Zepeda,* 234 F.3d 411 (9th Cir. 2000). Arreola–Salazar states that he presents the issue merely to preserve it should ensuing Supreme Court precedent alter the legal landscape. The judgment is therefore

**AFFIRMED.**

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.